**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KEVIN ROBERT STERLING** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-0254** |
| **WARDEN DENISE NARCISSE** **PLAQUEMINES PARISH SHERIFF** | **SECTION "G"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Kevin Robert Sterling's 42 U.S.C. § 1983 complaint against defendants Warden Denise Narcisse, the Plaquemines Parish Sheriff, and the Plaquemines Parish Sheriff's Office be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A, and as applicable, 42 U.S.C. § 1997e, as frivolous and otherwise for failure to state a claim for which relief can be granted.

**NEW ORLEANS, LOUISIANA,** this 30th day of September, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**